IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01939-PSF-MEH

JOHN STEVENS,

    Plaintiff,

v.

DORAMAR HOTELS, INC., a Delaware corporation,

    Defendant.

## ORDER GRANTING MOTION TO WITHDRAW

This matter is before the Court on the Motion to Withdraw (Dkt. # 10) filed by the law firm of Roseman & Kazmierski.  The Court having reviewed the motion and the file, it is hereby

ORDERED that the motion is GRANTED, and the withdrawal of Barry D. Roseman is permitted.  Counsel are reminded that only lawyers, not their law firms, may enter appearances or have their appearances withdrawn under this Court's local rules, D.C.COLO.LCiv.R. 11.1A and 83.3B and D.

DATED: February 21, 2006

                BY THE COURT:

                *s/ Phillip S. Figa*
                _____
                Phillip S. Figa
                United States District Judge