IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01939-PSF-MEH

JOHN STEVENS,

    Plaintiff,

v.

DORAMAR HOTELS, INC., a Delaware corporation,

    Defendant.

---

**SECOND AMENDED ORDER OF REFERENCE TO
UNITED STATES MAGISTRATE JUDGE**

---

    Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and F.R.Civ.P. 72(a) and (b), United States Magistrate Judge Michael E. Hegarty is designated to conduct proceedings in this civil action as follows:

    (X)    Convene a scheduling conference under F.R.Civ.P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

    (X)    Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

    (X)    Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

    (X)    Hear and determine pretrial matters, including discovery and other non-dispositive motions.

    (X)    Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

    (X)    Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

DATED: March 1, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge