IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01939-PSF-MEH

JOHN STEVENS,

    Plaintiff,

v.

DORAMAR HOTELS, INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 3, 2006.**

    Defendant's Unopposed Motion to Allow Participation of Insurance Adjuster at Settlement Conference by Telephone [Filed May 1, 2006; Docket #33] is **granted**. Because Defendant will have corporate representatives present at the settlement conference, its insurance adjuster may be available by telephone during the settlement conference.