IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01939-PSF-MEH

JOHN STEVENS,

    Plaintiff,

v.

DORAMAR HOTELS, INC., a Delaware corporation,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

This matter comes before the Court *sua sponte*, pursuant to the filing received on June 1, 2006 (Dkt. # 44), in the form of a copy of a letter dated May 17, 2006, from defendant's counsel to plaintiff indicating the transmission of settlement papers to the plaintiff, and plaintiff's handwritten notation on the copy of the letter filed with the Court indicating that the papers were signed and accepted by him on June 1, 2006.

Accordingly, as this case has been settled the plaintiff's complaint is DISMISSED with prejudice and the Clerk of the Court is directed to administratively close this case.

    DATED: June 5, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*
                                      _____
                                      Phillip S. Figa
                                      United States District Judge