THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-1939-PSF-MEH

JOHN STEVENS,

    Plaintiff,

v.

DORAMAR HOTELS, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court having reviewed the Joint Stipulation for Dismissal with Prejudice (Dkt. # 46) pursuant to F.R.Civ.P. 41(a) and the agreement of the parties, John Stevens, proceeding herein *Pro Se*, and Jennifer L. Veiga, appearing on behalf of Doramar Hotels, Inc., hereby

ORDERS that this action is DISMISSED with prejudice, each party to bear his or its own costs and attorneys' fees.

DATED:  June 6, 2006.

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge